IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -vs-                                  6:12-**CR-06156-001**

DAVEANAN SOOKDEO

                    Defendant

---

## SENTENCING MEMORANDUM

The Defendant, Daveanan Sookdeo, by and through his attorney, Joel N. Krane, Esq., hereby makes and files his Sentencing Memorandum with respect to his sentencing scheduled for August 27, 2018.

On May 14, 2018, the Defendant plead guilty, pursuant to a Plea Agreement, to Counts 1 and 5 of a Superseding Indictment which charges Conspiracy to Defraud the United States and to Commit Theft of Government Funds in violation of Title 18 §371,and False Claim to the United States in violation of Title 18 U.S.C. §287. While the guideline imprisonment range is 78 to 97 months the defendant and the Government have reserved the right to recommend a sentence outside the advisory guideline range.

The Defendant requests this Court to consider the following additional information in determining the appropriate sentence in this matter pursuant to the sentencing factors outlined in 18 U.S.C. 3553(a).

At the time of his arrest on these charges, defendant was working for Transport Col, in his native Trinidad. As indicated in the Presentence Report, he had returned to Trinidad from Canada in 2013. At the time of his arrest, he had no knowledge that criminal charges had been made against him or others that were charged in the case.

He cooperated with authorities in regard to his extradition and subsequent proceedings. While awaiting extradition in

Trinidad, he was privy to information concerning the counterfeiting of U.S. currency by people in Trinidad. Prior to entering a plea, defendant proffered the information he had at a meeting in the U.S. Attorney's Office with Assistant U.S. Attorney John Field and Brad Jacobs of the United States Secret Service. It was determined by the Government that the information provided could not be utilized because of the lack of jurisdiction of the United States to pursue the leads given by the defendant.

In addition, the Defendant requests that the Court consider the standard set for in 18 U.S.C 3553(a) in determining an appropriate sentence. As previously noted, the Plea Agreement granted both the Defendant and Government the right to recommend a sentence outside the Sentencing Guidelines range.

The Defendant has been in custody since his arrest in Trinidad on September 3, 2017. Regardless of his sentence in this case, he is being held by Immigration and is subject to deportation. While the Presentence Report outlines Defendant's expression of remorse, Defendant has chosen to expression his feelings of remorse in a letter addressed to the Court that I attach to this Memorandum as Exhibit "A". In his letter he not only expresses remorse for his actions but accepts responsibility and it is certain that he will never have contact with the criminal justice system again. He realizes that what he did was wrong and sincerely regrets his involvement in the scheme.

As a further indication of Mr. Sookdeo acknowledging responsibility in the scheme, he has paid, before sentencing, five thousand dollars to the Clerk of the Court as part of the restitution to be ordered. He acknowledges the amount of $73,662.25 as the amount that he received in connection with the scheme.

This is Mr. Sookdeo's first contact with the criminal justice system and it will definitely be his last.

Prior to his arrest, the Defendant resided with Darian Supersad and their son Ashton in Trinidad. The Defendant had been employed and contributed to the support of not only his child in Trinidad but also to his child that resides in Canada. Since his arrest he has been unable to contribute to the support of his children.

In additional support of this application, attached as

Exhibit "B" are the following letters written in support of the character and request for leniency in the sentencing of the defendant: 1. Emmanuel Supersad, Teacher, Ministry of Education, Trinidad and Tobago; 2. Goolcharan Laloo, Deputy Sheriff Volusia County, Florida; 3. Mitra Esareesingh, friend of Defendant for 35 years; 4. Margaret Supersad, friend of Defendant for past 5 years; 5. Oma Boodoo, friend of Defendant for over 15 years; 6. Ashton Sookdeo, son of Defendant; 7. Mitchell Sookdeo, brother of Defendant; 8. Amir Rahamatally, nephew of Defendant; 9, Velma Rahamatally, sister of Defendant.

I have only attached those letters I thought most relevant to Mr. Sookdeo's sentencing. All those letters depict a man who is hardworking, dedicated to his family, extremely remorseful for what and how his wrongdoing has affected not only himself but also his family and friends.

The Defendant respectfully requests the Court to consider these factors in determining a sentence commensurate with the factors outlined in 18 U.S.C. 3553(a). If the Court imposes a sentence of additional incarceration, it is respectfully requested that it waive the imposition of any fine, that it imposes a minimum term of supervised release, and requests that the Bureau of Prisons house the Defendant at a facility as close to his sister in Florida as possible.

Dated: August 21, 2018

Respectfully submitted,

S/Joel N. Krane
Joel N. Krane
Attorney for Defendant
950 Reynolds Arcade
Rochester, New York 14614
(585) 262-4700

To:

John J. Field Esq.
Assistant U.S. Attorney
100 State Street, Room 500
Rochester, New York 14614
(585) 263-6760

Sarah C. Whitcomb
United States Probation Officer
U.S. Probation Office
100 State Street
Rochester, New York 14614
(585) 666-5930

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

           VS.                          6:12-CR-06156-001

DAVEANAN SOOKDEO,

           Defendant.

---

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed the foregoing Defendant's Sentencing Memorandum with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participant(s) on this case:

John J. Field, AUSA

Sarah C. Whitcomb, U.S. Probation

S/Joel N.Krane
JOEL N. KRANE, ESQ.

EXHIBIT A

PRE-SENTENCING STATEMENTS OF REMORSE

Dear Judge Frank Geraci,

Your Honor,I Daveanan Sookdeo hereby state the following request and statements of remorse at pre-sentencing:

1. I apologize for this matter.I have been a victim and was brainwash at a seminar hosted by Winston Strout and was presented false information regarding the OID tax procedure not knowing the information was false at the time. Ron Brekke advertise himself on Winston Strout website as a certified IRS tax filer and claims that he was familiar with the OID tax procedure. I am not experience in taxation and my gut feeling was something was not right and ethical about this procedure but was convince by others. I feel embarass and I just want to say sorry.

2. I would like to thank my attorney Mr.Krane for assisting in this matter.

3. I would like to thank Mr.Fields for the interview with the secret service agent in reporting the collateral matter.

4. I would like to thank my family members who has given their support. I am sorry for causing them grieve.

5. I would like to request liency at sentencing as I have never been charged criminally in my life and I have two children to take care off and provide support. My two children Darian Sookdeo age 2 and Ashton Sookdeo age 10 misses me very much and I just want to say sorry to them for my mistakes in life.

1

6. I also want to mention that I waive the extradition procedings in Trinidad in coming to the United States and co-operated in the process. I spent approximately six weeks in a Trinidad prison and ask for consideration for that time and time that will be spent at the immigration detention facility in the United States.

7. Your Honor, I am willing to work and pay 10% of my income and use my income tax refund as payments towards the IRS amount owing in an effort to pay off the IRS debt.

8. I am asking for a recommendation to present to the immigration judge to continue my legal status in the United States as the offence is non-violent,not a risk to the public and willingness to pay the IRS. I am a licence machinist and can find a skill job in the United States.

9. My common law wife Sherrone Supersad is a school teacher with 15 years experience with the ministry of education of Trinidad and Tobago. My wife is willing to join me here in the United States where she can continue her teaching career and together with our combined income I can pay off the IRS at a faster rate. My sister,Velma Rahamatally who lives in Orlando,Florida is willing to provide accomodation and financial assistance to assist in resolving this matter and my family road to recovery and stability. I am asking to be on supervise release where I can be a productive member of society and a father to my children.

Thank You,Judge Geraci

Daveanan Sookdeo

2

# EXHIBIT B

38 High Street,
Princes Town.

25.07.2018

## TO WHOM IT MAY CONCERN

I have known Mr Daveanan Sookdeo for the past five (5) years.

He has shown his capabilities of being a great and loving father to his two (2) year old son.

Mr Sookdeo is a humble, kind, generous and courteous man who has never been in any trouble before or after this incident. He has grown to be a mature, dedicated father and common law husband who spends all of his time with his family.

He is a good man and has continuously contributed positively to his community.

Any consideration towards mitigating his unfortunate situation at this time will be deeply and gratefully appreciated.

Yours Respectfully,

Emmanuel Supersad
Teacher ( Primary)
Ministry Of Education
Trinidad and Tobago

Goolcharan Laloo
877 South Atmore Circle
Deltona, Florida 32725
386-848-1442


July 02, 2018

**Re: Daveanan Sookdeo**

To Whom It May Concern:

I have known Daveanan Sookdeo also known as Dave since childhood, we grew up in the same village in Trinidad and I am acquainted with all of his immediate family. During the years he has proven himself to be honest, kind, obedient, faithful and dedicated. His pleasant smile bears testimony to the fact that he has a well rounded personality.

We both left Trinidad at a young age, where I migrated to the United States of America and Dave migrated to Canada. Both families kept in touch with each other throughout the years.

Dave is a very motivated, ambitious and hardworking man who has achieved well in everything he pursues. He comes from a very loving and peaceful family and has chosen to live a similar life. He is an awesome father, husband, son, brother and a true friend. He is also active in the social and cultural life of his community.

Dave has never been in trouble before and I think this was an honest mistake because he associated himself with the wrong people or friends. Everyone deserves a second chance, he has lost time with his two (2) children ages eleven (11) and two (2).

He has all of his family in the United States of America, Canada and Trinidad eagerly waiting for him and will be at his side to help him overcome this difficult time in his life and make sure he follows the right path.

I hope all this will be taken into consideration in the final decisions and Dave be given a second chance in life. If you wish to contact me please call my Cell # 386-848-1442.


Respectfully,

Goolcharan Laloo
Deputy Sheriff Volusia County Florida

8E Lalbeharry Trace,
Debe
Trinidad, West Indies

28th May 2018

**TO WHOM IT MAY CONCERN**

This letter is my recommendation based on my experience and knowledge of MR. DAVEANAN SOOKDEO of Wellington Road, Debe, Trinidad, W.I. I have known him for the past thirty-five (35) years since we went to Junior and Senior Secondary School together. We also grew up in the same village and I am well aquainted with his immediate family.

During this time I have known him to be a very caring, considerate and kind individual who is very generous in nature. I have seen a genuine respect and care towards his parents and neighbouring elderly people in the community. His love and commitment towards his children are also admirable.

Mr. Daveanan Sookdeo is also a very hardworking and ambitious individual. I have seen him work very hard as a young man growing up and have admired his perseverance and commitment towards his work. At the same time he never hesitates to assist others when a need arises.

I hope that these positive traits of Mr.Daveanan Sookdeo would be considered in any future decisions concerning him.

Yours respectfully,

Mitra Esareesingh

mitraesingh@hotmail.com

1868-396 2846

**MARGARET SUPERSAD**
**39 COCOYEA VILLAGE**
**SAN FERNANDO**
**TRINIDAD. W.I.**

**TEL: 1-868-494-0480**
**EMAIL: shakun_super@yahoo.com**

24 July 2018

## TO WHOM IT MAY CONCERN

This letter certify that I have known Mr. Devanan Sookdeo for the past five (5) years during which time I have had the opportunity to interact with his family.

Mr. Sookdeo comes from a respectable, hard-working family. Family means everything to him. So much so, that he takes his role as a father very seriously. One of the traits in him that I admire tremendously is the seriousness with which he approached his job as caregiver to his infant son, who is now two (2) years old. It was a joy to watch him care for his son, providing the love and security to him. He enjoyed every minute of taking care of him.

He is also a skilled tradesman. He is always proud to show off the special projects he would complete around the house, even if it is just the gate he built to protect his son from entering the kitchen.

His current situation is of grave concern to his family. He is such a trusting human being that it is understandable to recognise his getting caught up in this situation.

He is greatly missed by his family.

I thank you for any consideration given to him in alleviating his plight at this time.

Respectfully

MARGARET SUPERSAD

Oma Boodoo
117 Paton Road
Toronto, M6P 3L9
(647) 200-1969
omaboo@hotmail.com

April 25th, 2016                                    **Re: Daveanan Sookdeo**

To Whom It May Concern,

I have known Daveanan Sookdeo also known as Dave for over 15 years. As his friend I have followed his progress with interest and come to know the many positive qualities that define Dave.

He is a motivated and hardworking man who has achieved well in everything he pursues. His commitment and dedication were evident in his involvement in a number of activities related to his career and personal life. As a valued adopted member of my family his determination and selflessness was evident with his help in rebuilding/ construction of my home.

In my personal interactions with Dave I have been impressed by his strong communication skills and his ability to establish a comfortable rapport with others. He comes across as confident and mature. His popularity among his family and religious group is testament to both his interpersonal skills and loyalty.

Everyone makes mistakes, but also everyone should be given a second chance. He was never in trouble before; I believe this is his first offense. I know he has done something wrong maybe for being with the wrong kind of friends, but being taken his liberty away made him think of all the good thinks that he wanted to do and never got the chance, simple things like completing his education, or become a good father.

He has all his family and friends in Canada and Trinidad & Tobago, we are all waiting for him and will be by his side to help him overcome this difficult time of his life, and will make sure he follows the right path and sticks to his plans now more than ever. He has great love for his family and friends and always lends a helping hand when needed

If you wish to contact me by telephone on this matter please call, my direct line at work is 416-338-3692 and my mobile is 647-200-1969; alternatively my e-mail address is omaboo@hotmail.com.


Sincerely,

Oma Boodoo

To whom it may concern


My name is Ashton Sookdeo the son of Daveanan Sookdeo. I'm writing this letter asking to please let my Daddy come home to me. My Daddy is a very good and kind person, and never hurts anyone. I don't understand why he's there, but all I know is the ~~this bad defines~~ experience I had When they came and took my daddy away from me when I went on vacation. Inside my head each day, I need my daddy I cant bear the hurt not seeing my daddy and not having him around to do the Father and Son things that we use to do, I miss him hugging me and telling me Stories. I am 10 years old and I would like very much to have my dad back with me. Please all I'm asking is for my dad back.


Sincerly Ashton Sookdeo

August 11th, 2018

Mitchell Sookdeo

28 Sunnyvale Gate

Brampton Ontario

L6S-6J3 Canada


Your Honor,


My name is Mitchell Sookdeo and I am writing to respectfully request that my brother be forgiven and be granted parole and a second chance in life.

Davenan Sookdeo is 1year younger than I am. While we were growing up he was always sensitive, honest, respectful, kind and caring. Friends family and sibling always looks up to him for help and guidance. I can't imagine a better role model while growing up.

Sadly, Davenan Sookdeo got into wrong group of people and was miss-leaded and was ultimately arrested, while its true my brother was always a peaceful man and never engage in other illegal activities.

Davenan Sookdeo accepts full responsibility for his crime, through the time he has spent in prison he is determined to change his life around when he is release. If granted parole, I will not hesitate to welcome him into my home, including building a relationship with my two young children.


Sincerely,

Mitchell Sookdeo

*Mitchell Sookdeo*

# AMIR RAHAMATALLY

797 PARK MANOR DRIVE
ORLANDO, FLORIDA 32825
TEL #: 407-927-8857

August 12, 2018

<u>To Whom It May Concern</u>:

**RE: Daveanan Sookdeo**

Dear Sir/Madam,

My name is Amir Rahamatally eldest nephew of Daveanan Sookdeo, also known as Dave I am writing to request that my Uncle be forgiven for the mistake he made and be given a second chance in life.

I have known my Uncle Dave all my life, I look upon him as a father. My parents were divorced when I was eight and Uncle Dave played an important role in my up bringing, he always made sure I had food, clothes and all necessities for school, he helped both myself and my mom in time of need. Growing up I spent all my summer vacations with him in Canada.

Uncle Dave came from a very loving, caring, religious and peaceful family which I am proud to be part off and he choose to live a similar life. He is always active in the social and cultural life of his community. Uncle Dave is very hardworking and take good care of his family, including my grandparents.

Uncle Dave has never been in trouble with the law this is his first offence, he got caught up with the wrong group of people/friends. I miss him very much and I know his two kids are missing him as well, including my mom, grandparents, other uncles, extended family and friends.

Uncle Dave has been cooperative with the authorities and took full responsibility for his actions, I kindly ask you to consider granting him parole and send him to Florida where my mom and I will not hesitate to have him stay with us.

If you have any questions, please don't hesitate to contact me.

Respectfully yours,

Amir Rahamatally

# VELMA RAHAMATALLY

797 PARK MANOR DRIVE
ORLANDO, FLORIDA 32825
TEL #: 813-541-5053

August 12, 2018

<u>To Whom It May Concern</u>:

**RE: Daveanan Sookdeo**

Dear Sir/Madam,

My name is Velma Rahamatally sister of Daveanan Sookdeo, also known as Dave I am writing to request that my bother be pardon for his mistake and be given a second chance in life.

We came from a very loving, caring and peaceful family originally from Trinidad, I am the eldest of four children with Dave being the youngest. Dave left Trinidad and migrated to Canada at a young and tender age of 16 where he joined my mom and second brother (Mitchell) and choose to live a similar life, while my dad continued working in Trinidad and then joined them a few years later. Myself and my brother after me (Kamash) migrated to the United States of America.

Dave has grown and matured into a wonderful man who I admire. He has accomplished a lot in Canada, by going back to school to be a certified Machinist, buying his own home and starting his family. Dave also took care of our parents until this unfaithful day in his life. He is an awesome husband, father, son, brother and friend. He is always ready to give a helping hand whenever someone is in need.

Dave has never been in trouble with the law this is his first offence, he got caught up with the wrong group of people/friends. Dave is deeply missed by our parents, siblings, family, friends and most of all his two young boys ages 10 and 2.

Dave has been very cooperative and took full responsibility for his actions, I kindly ask you to consider granting him parole with the exception that he comes to Florida and I will take full responsibility by having him stay at my home.

If you have any questions, please don't hesitate to contact me.

Respectfully yours,

Velma Rahamatally